ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JESUS RODRIGUEZ-SALCIDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:10-CR-00305-OWW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE MOTION DUE DATE AND MOTION HEARING** |
| JESUS RODRIGUEZ SALCIDO, ) | |
| Defendant. ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the briefing schedule set by the court on December 7, 2010, be modified as follows:

Defendant's moving papers to be filed by January 17, 2011 by 4:00 p.m.

Any Government opposition to be filed by January 31, 2011 at 4:00 p.m.

Motion Hearing will be set for February 14, 2011 at 1:30 p.m..

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  January 11, 2011          /s/ Karen Escobar
                                  KAREN ESCOBAR
                                  Assistant United States Attorney
                                  **This was agreed to by Ms. Escobar
                                  In Person on January 10, 2011**

1

DATED: January 11, 2011         /s/ Barbara O'Neill
                                BARBARA O'NEILL
                                Attorney for Defendant
                                MARCO ANTONIO LOPEZ-FLOREZ
                                **This was agreed to by Ms. O'Neill**
                                **Via telephone on January 11, 2011**


DATED: January 11, 2011         /s/ Victor Chavez
                                VICTOR CHAVEZ
                                Attorney for Defendant
                                ERNESTO ROCHA
                                **This was agreed to by Mr. Chavez**
                                **In person on January 10, 2011**

DATED: January 11, 2011         /s/ Roger K. Litman
                                ROGER K. LITMAN
                                Attorney for Defendant
                                JESUS RODRIGUEZ-SALCIDO


        IT IS SO ORDERED.

**Dated:   January 11, 2011**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

2