ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JESUS RODRIGUEZ-SALCIDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS RODRIGUEZ SALCIDO,<br><br>    Defendant. | CASE NO.  1:10-CR-00305-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for June 27, 2011, be continued to July 5, 2011.

The continuance is necessitated because, at the time the matter was set for June 27, 2011, defense counsel did not realize that he had a calendar conflict.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  June 22, 2011         /s/ Karen Escobar
                              KAREN ESCOBAR
                              Assistant United States Attorney
                              **This was agreed to by Ms. Escobar Via Telephone on June 22, 2011**

1

| | |
|---|---|
| DATED: June 22, 2011 | /s/ Roger K. Litman <br> ROGER K. LITMAN <br> Attorney for Defendant <br> JESUS RODRIGUEZ-SALCIDO |

IT IS SO ORDERED.

**Dated:   June 22, 2011**              /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE