ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JESUS RODRIGUEZ-SALCIDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:10-CR-00305-OWW |
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO ADVANCE MATTER ON CALENDAR FOR ENTRY OF GUILTY PLEA** |
|     v. | ) | |
| | ) | |
| JESUS RODRIGUEZ SALCIDO, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the matter currently on calendar for status conference on August 22, 2011, be advanced to August 8, 2011 at 9:00 a.m. for entry of guilty plea.

At the last court appearance, the parties advised the court that if resolution of the action was reached, that the parties would request the court to move the case to an earlier date.

DATED:  June 29, 2011        /s/ Karen Escobar
                                   KAREN ESCOBAR
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Escobar Via Email on July 28, 2011**

DATED: June 29, 2011        /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   JESUS RODRIGUEZ-SALCIDO

1

1
2
3
4

IT IS SO ORDERED.

5  **Dated:    July 29, 2011                        /s/ Oliver W. Wanger**

6                                  UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2