ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, JESUS RODRIGUEZ-SALCIDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-00305-LJO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO ADVANCE MATTER ON CALENDAR FOR SENTENCING** |
| JESUS RODRIGUEZ SALCIDO, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the matter currently on calendar for sentencing on October 17, 2011, be advanced to October 7, 2011 at 9:00 a.m. for sentencing.

This request is being made to expedite final resolution of the case in light of the absence of any formal objections.

DATED:  September 20, 2011          /s/ Karen Escobar
                                    KAREN ESCOBAR
                                    Assistant United States Attorney
                                    **This was agreed to by Ms. Escobar
                                    Via Email on September 19, 2011**

DATED: September 20, 2011           /s/ Roger K. Litman
                                    ROGER K. LITMAN
                                    Attorney for Defendant
                                    JESUS RODRIGUEZ-SALCIDO

IT IS SO ORDERED.

**Dated:   September 21, 2011**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1